# Halsband Law Offices

Attorneys at Law
Court Plaza South
21 Main Street, East Wing
Third Floor, Suite 304
Hackensack, New Jersey 07601
T. 201.487.6249
F. 201.487.3176
www.halsbandlaw.com

David S. Halsband
Admitted to NJ, NY & Ma Bars

Jyoti M. Halsband
Admitted to NJ & NY Bars

April 7, 2021

**Via ECF and Email:** chambersnysdseibel@nysd.uscourts.gov.

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** **Graham v. Prizm Associates Inc. et al.**
**Civil Action No. 20-civ-461-CS**

Dear Judge Seibel:

I represent the Plaintiff in this matter. On April 7 (today), I filed a letter to Judge Davison informing him of a bankruptcy filing of David and Karina Gonzalez, two Defendants in this case. I attached to the letter the Notice of the Chapter 7 Bankruptcy Filing, which was a two-page document. On the top of the first page, the social security numbers of the debtors are shown and I inadvertently did not redact these numbers. Within minutes of the filing, I realized my error and I contacted the ECF Help Desk who immediately sealed the document.

The ECF Help Desk instructed me to file a motion to seal the document permanently. Accordingly, I respectfully submit this letter-motion to permanently seal ECF Document 91-1. I apologize to the court for this mistake.

Respectfully,

s/David S. Halsband
David S. Halsband

*The Clerk of Court is respectfully directed to strike Doc. 91 (including Doc. 91-1) from the docket. Plaintiff shall re-file a redacted version.*

SO ORDERED.

*Cathy Seibel*   4/7/21
CATHY SEIBEL, U.S.D.J.