UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Tiffany Graham,

                          Plaintiff,                  20 **CIVIL** 461 (CS) (PED)

           -against-                       **JUDGMENT**

Prizm Associates, Inc., Tru-Dental, P.C., Craftsman
Dental Lab, Inc., Progressive Health Management,
Inc., Karina Intriago Gonzalez, David Gonzalez, All
Access Dental, Prospect Dental, P.C., and Patrick
Mascarenhas,

                        Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsement dated January 25, 2022, no objections to the Report and Recommendation (the "R&R") have been received, so I review it for clear error. Finding no error, clear or otherwise, the R&R is adopted as the decision of the Court. Judgment is entered for Plaintiff against Defendants Prizm Associates, Inc., Craftsman Dental Lab, Inc., and Progressive Health Management Inc. as follows:

- $56,086.00 for back pay;
- $10,516.12 for pre-judgment interest on the back pay award;
- $108,000.00 for front pay;
- $10,000.00 for compensatory damages as a result of emotional distress;
- $6,750.00 for attorney's fees; and
- $5,000.00 for New York State statutory damages;

for a total of $196,352.12, with continuing post-judgment interest; accordingly, the case is closed. The case is stayed against Defendants Karina Intriago Gonzalez and David Gonzalez due to bankruptcy, but should Plaintiff s claims against them not be adjudicated in the Bankruptcy Court, Plaintiff may move to reopen and lift the stay when the bankruptcy proceedings conclude.

**Dated:** New York, New York
January 26, 2022

**RUBY J. KRAJICK**
**Clerk of Court**
**BY:** *David J. Thomas*
**Deputy Clerk**